IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MICHAEL R. STUDARD**                                                      **PETITIONER**

**v.**                                                         **No. 3:21CV195-NBB-RP**

**MARSHALL COUNTY SHERIFF'S DEPT.**                       **RESPONDENT**

**ORDER GRANTING PETITIONER'S MOTION
FOR VOLUNTARY DISMISSAL**

This matter comes before the court on the motion by the petitioner to voluntarily dismiss the instant petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. As the State has not responded to the petition, the motion is **GRANTED**. The instant petition for a writ of *habeas corpus* is therefore **DISMISSED** without prejudice.

**SO ORDERED**, this, the 6th day of October, 2021.

                                                                               /s/ Neal Biggers
                                                                               NEAL B. BIGGERS
                                                                               SENIOR U. S. DISTRICT JUDGE